# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jeffrey J. Reale | Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust | Moving Party | |
| vs. | | NO. 18-17938 AMC |
| Jeffrey J. Reale | Debtor(s) | |
| Nicole Reale | Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Highlander, VIN: 5TDJZRFH4HS454062 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this          day of          , 2020.

**Date: July 29, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Jeffrey J. Reale
209 Boro Road
Primos, PA 19018

Nicole Reale
209 Boro Road
Primos, PA 19018


Rex J. Roldan, 900 Route 168
Suite I-4
Turnersville, NJ 08012

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532