| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17938-AMC**

JEFFREY J  REALE
209 BORO ROAD
PRIMOS  PA   19018

Petition Filed Date: 11/30/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2019 | $472.00 | | 02/22/2019 | $472.00 | | 04/01/2019 | $472.00 | |
| 04/29/2019 | $472.00 | | 05/29/2019 | $472.00 | | 06/28/2019 | $472.00 | |
| 07/29/2019 | $413.00 | | 09/06/2019 | $415.00 | Monthly Plan P | 10/01/2019 | $415.00 | |
| 10/30/2019 | $415.00 | | 11/27/2019 | $415.00 | | 12/30/2019 | $415.00 | |
| 01/29/2020 | $415.00 | | 02/28/2020 | $415.00 | | 03/27/2020 | $415.00 | |
| 04/29/2020 | $415.00 | | 05/29/2020 | $415.00 | | 06/29/2020 | $415.00 | |
| 07/29/2020 | $415.00 | | | | | | | |

**Total Receipts for the Period:  $8,225.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,697.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | BECKET & LEE, LLP<br>»» 002 | Unsecured Creditors | $1,748.04 | $392.91 | $1,355.13 |
| 1 | CITADEL FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATL BANK OF OMAHA<br>»» 003 | Unsecured Creditors | $6,752.89 | $1,517.97 | $5,234.92 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $3,930.41 | $883.52 | $3,046.89 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $3,256.25 | $731.95 | $2,524.30 |
| 8 | TD BANK USA NA<br>»» 008 | Unsecured Creditors | $3,541.60 | $796.11 | $2,745.49 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Mortgage Arrears | $15.80 | $15.80 | $0.00 |
| 9 | REX J ROLDAN ESQ<br>»» 009 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |

**Chapter 13 Case No. 18-17938-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,697.00 | Current Monthly Payment: | $427.33 |
| Paid to Claims: | $7,548.26 | Arrearages: | ($265.04) |
| Paid to Trustee: | $775.24 | Total Plan Base: | $25,525.16 |
| Funds on Hand: | $373.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.