| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-17938-AMC**

JEFFREY J REALE
209 BORO ROAD
PRIMOS  PA    19018

Petition Filed Date: 11/30/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 08/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $430.00 | | 06/01/2021 | $430.00 | | 06/29/2021 | $430.00 | |
| 07/29/2021 | $430.00 | | 08/27/2021 | $430.00 | | 09/30/2021 | $430.00 | |
| 10/29/2021 | $430.00 | | 01/03/2022 | $430.00 | | 01/28/2022 | $430.00 | |
| 03/01/2022 | $430.00 | | 03/31/2022 | $430.00 | | 04/29/2022 | $430.00 | |
| 05/31/2022 | $430.00 | | 06/30/2022 | $430.00 | | 07/29/2022 | $430.00 | |

**Total Receipts for the Period:  $6,450.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,587.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | BECKET & LEE, LLP<br>»» 002 | Unsecured Creditors | $1,748.04 | $1,215.29 | $532.75 |
| 1 | CITADEL FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATL BANK OF OMAHA<br>»» 003 | Unsecured Creditors | $6,752.89 | $4,694.96 | $2,057.93 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $3,930.41 | $2,732.62 | $1,197.79 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $3,256.25 | $2,263.90 | $992.35 |
| 8 | TD BANK USA NA<br>»» 008 | Unsecured Creditors | $3,541.60 | $2,462.29 | $1,079.31 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Mortgage Arrears | $15.80 | $15.80 | $0.00 |
| 9 | REX J ROLDAN ESQ<br>»» 009 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |

**Chapter 13 Case No. 18-17938-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,587.00 | Current Monthly Payment: | $427.33 |
| Paid to Claims: | $16,594.86 | Arrearages: | $100.88 |
| Paid to Trustee: | $1,596.54 | Total Plan Base: | $25,525.16 |
| Funds on Hand: | $395.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.