Certificate Number: 17082-PAE-DE-037526192

Bankruptcy Case Number: 18-17938



17082-PAE-DE-037526192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2023, at 11:55 o'clock AM MST, JEFFREY REALE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 20, 2023            By:   /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director