United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-17938-amc |
|---|---|
| Jeffrey J. Reale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Reale, 209 Boro Road, Primos, PA 19018-2111 |
| 14239149 | #+ | ClearOne Advantage, LLC, 1501 S Clinton Street, #320, Baltimore, MD 21224-5733 |
| 14239151 | #+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 14239153 | + | Leopold & Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 14258309 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14239144 | | Email/Text: paymentprocessing@avanteusa.com | Jun 24 2023 00:19:00 | Avante USA, 3600 South Gessner, Suite 225, Houston, TX 77063 |
| 14239145 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2023 00:19:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14239146 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:34:30 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14257544 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2023 00:34:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14266309 | + | Email/Text: RASEBN@raslg.com | Jun 24 2023 00:20:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14239148 | | Email/Text: bankruptcycollections@citadelbanking.com | Jun 24 2023 00:20:00 | Citadel Federal Credit Union, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14239150 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 24 2023 00:20:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14259870 | ^ | MEBN | Jun 24 2023 00:13:04 | First National Bank of Omaha, c/o Brumbaugh and Quandahl, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 14239147 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2023 00:34:30 | Cardmember Service, PO Box 15298, Wilmington, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DE 19850-5298 |
| 14239152 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2023 00:20:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14239154 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2023 00:20:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 14239427 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2023 00:34:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14239155 | + | Email/Text: paparalegals@pandf.us | Jun 24 2023 00:20:00 | Patenaude & Felix, APC, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |
| 14239156 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:33:50 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14270588 | + | Email/Text: bncmail@w-legal.com | Jun 24 2023 00:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14239157 | + | Email/Text: bncmail@w-legal.com | Jun 24 2023 00:20:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 14239158 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 24 2023 00:20:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14264715 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 24 2023 00:20:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14515642 | ^ | MEBN | Jun 24 2023 00:13:11 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14239159 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 24 2023 00:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14239160 | | Email/Text: bnc@alltran.com | Jun 24 2023 00:20:00 | United Recovery Systems, LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 14260921 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 24 2023 00:33:09 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14239161 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 24 2023 00:33:50 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14239143 | ## | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 23, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

Date: Jun 25, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

**Name**        **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

REX J. ROLDAN
    on behalf of Debtor Jeffrey J. Reale Roldanlaw@comcast.net  Roldanlaw1@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey J. Reale
        Debtor(s)

Case No: 18−17938−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/23/23

63 − 57
Form 138OBJ