| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-17938-AMC

JEFFREY J  REALE
209 BORO ROAD
PRIMOS  PA   19018

Petition Filed Date: 11/30/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 08/21/2019

Case Status: Completed on 5/26/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $430.00 | | 09/30/2022 | $430.00 | | 10/31/2022 | $430.00 | |
| 11/28/2022 | $430.00 | | 01/04/2023 | $430.00 | | 01/31/2023 | $430.00 | |
| 02/28/2023 | $430.00 | | 03/28/2023 | $430.00 | | 05/01/2023 | $430.00 | |
| 05/26/2023 | $2,150.00 | | | | | | | |

**Total Receipts for the Period:  $6,020.00    Amount Refunded to Debtor Since Filing:  $52.82   Total Receipts Since Filing: $24,607.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CAPITAL ONE NA<br>»» 002 | Unsecured Creditors | $1,748.04 | $1,748.04 | $0.00 |
| 1 | CITADEL FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST NATL BANK OF OMAHA<br>»» 003 | Unsecured Creditors | $6,752.89 | $6,752.89 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $3,930.41 | $3,930.41 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $3,256.25 | $3,256.25 | $0.00 |
| 8 | TD BANK USA NA<br>»» 008 | Unsecured Creditors | $3,541.60 | $3,541.60 | $0.00 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Mortgage Arrears | $15.80 | $15.80 | $0.00 |
| 9 | REX J ROLDAN ESQ<br>»» 009 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 0 | JEFFREY J  REALE | Debtor Refunds | $52.82 | $52.82 | $0.00 |

Chapter 13 Case No. 18-17938-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,607.00 | Current Monthly Payment: | $427.33 |
| Paid to Claims: | $22,507.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,099.19 | Total Plan Base: | $25,525.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.